UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY PETERS AND DARLEENE PETERS** <br><br> **VERSUS** <br><br> **ALLSTATE INSURANCE COMPANY** | **CIVIL ACTION NO.: 2:24-cv-00096** <br><br> **SECTION: __ | DIVISION: __** <br><br> **JUDGE** <br><br> **MAGISTRATE** |

## NOTICE OF REMOVAL

TO:  The Judges of the United States District Court
for the Eastern District of Louisiana

PLEASE TAKE NOTICE that Defendant, Allstate Insurance Company ("Allstate"), by and through its attorneys, Salley, Hite, Mercer & Resor, LLC, hereby petitions the United States District Court for the Eastern District of Louisiana for removal of this case to the District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Defendant, by and through its undersigned counsel, state the following upon information and belief:

1. This case is presently pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Action No. 2023-9764, Division F-14. The territory assigned to the United States District Court for the Eastern District of Louisiana under 28 U.S.C. §98(c) embraces Orleans Parish.

2. The original Notice of Removal was filed within 30 days after receipt by Allstate, through service or otherwise, a copy of Plaintiffs' Petition for Damages which was filed on August 28, 2023, and served upon Allstate via the Louisiana Secretary of State, as its registered agent on December 11, 2023, and indicating that this matter was removable. *See*: Notice of Service issued

by the Clerk of Court for the Civil District Court for the Parish of Orleans, attached hereto as Exhibit "A."  Therefore, this Notice of Removal is timely.

3. Complete diversity exists along with the requisite amount in controversy, which under 28 U.S.C. §1332 grants this Court subject matter jurisdiction over this claim.  More particularly, in the Petition for Damages attached hereto as Exhibit "B", Plaintiffs allege that on August 29, 2021, their property sustained damage from windstorm. *See*: Petition for Damages, Paragraph 7.  Plaintiffs further allege they are entitled to damages including, but not limited to, costs of repairing the Plaintiffs' home, general damages, nonpecuniary damages under Civil Code Article 1998, and attorney's fees and court costs.  *See:* Petition for Damages, Paragraph 18. Plaintiffs allege that they are entitled to penalties for not tendering the proceeds due under the policy in a timely fashion. *See*: Petition for Damages, Paragraph 16(c).

4. According to the Petition for Damages, Plaintiffs, Gary Peters and Darleene Peters, are persons of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana. *See*:  Petition for Damages, Paragraphs 1. Upon current information, Gary Peters and Darleene Peters are residents of and domiciled in Orleans Parish, State of Louisiana and are, therefore, citizens of the State of Louisiana.

5. The Petition alleges that Allstate Insurance Company ("Allstate") is a foreign insurance company, authorized to do and doing business in the Parish of Orleans. *See*: Petition for Damages, Paragraph 2. Allstate Insurance Company is a corporation and is domiciled in Delaware. Allstate Insurance Company is incorporated in and under the laws of Delaware.  Allstate Insurance Company's principal place of business is Illinois.  Allstate Insurance Company is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, which is a Delaware Corporation.

6. Complete diversity of citizenship therefore exists.

7. Pursuant to 28 U.S.C. § 1447(b), Defendant submits the following list of parties still remaining in this action, namely Plaintiffs, Gary Peters and Darleene Peters, and Defendant, Allstate Insurance Company. Copies of all records and proceedings required by 28 U.S.C. § 1447(b), as well as all documents in the state court record, including the return on service of process and state court petition, have been arranged by order of filing date and submitted with Defendant's removal pleadings.

8. Simultaneously with the filing of this Petition, Allstate served the Notice of Removal on the Plaintiffs and filed same with the Clerk of the state court in the Civil District Court for the Parish of Orleans.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully prays that this Notice of Removal be deemed good and sufficient as required by law, and the above captioned matter be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and that this Court have and assume full and complete jurisdiction therefore issuing all necessary orders and granting all general and equitable relief to which Mover is entitled, and that all further proceedings in the state court be discontinued.

Respectfully submitted,

SALLEY, HITE, MERCER & RESOR, LLC

*/s/ Stephen C. Resor*
STEPHEN C. RESOR (#16767)
JOHN W. HITE, III (#17611)
AMY DUNN HOTARD (#31709)
JORDAN T. LACOSTE (#39948)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel.: 504-566-8800
Fax: 504-566-8828
sresor@shmrlaw.com
jhite@shmrlaw.com
ahotard@shmrlaw.com
jlacoste@shmrlaw.com

*Counsel for Allstate Insurance Company*

## **CERTIFCATE OF SERVICE**

I hereby certify that on the 10th day of January 2024, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

I further certify that I mailed the foregoing Notice of Removal with Exhibits to:

Attorney Darleene D. Peters
2326 Upperline Street
New Orleans, LA 70115
Tel.: 504-473-7500
darleenepeters@gmail.com

*Counsel for Plaintiffs, Gary Peters and Darleene Peters*

*/s/ Stephen C. Resor*
STEPHEN C. RESOR